CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 12-4767          DIVISION: "F"          SECTION:

NYRON JONES

versus

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
DONNA CUMMINS AND JOSEPH CUMMINS

FILED: _____          _____
                                              DEPUTY CLERK

### UNOPPOSED MOTION AND ORDER TO CONTINUE TRIAL

NOW INTO COURT, through undersigned counsel, comes DONNA CUMMINS AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, defendants in regard to the above referenced matter, who make this Unopposed Motion to Continue the Trial of this matter. The trial of the above referenced matter, a three day jury trial, is currently scheduled for April 22-24, 2013. Because of some updated discovery documents received in regard to the case, it has been decided by the parties that a mediation is the best course to proceed in this matter. A mediation is currently and tentatively set-up for the date of the trial, April 22, 2013, in a good faith effort to settle this matter. This is the first date that is available for the parties to mediate. Plaintiff's counsel has been contacted and has no objection to this continuance of the trial.

The continuance of the trial will be in the interests of justice and judicial economy in that if the case settles at the mediation, then the trial will not be necessary.

W H E R E F O R E, movers and defendants, DONNA CUMMINS AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, pray that the trial date currently set for April 22-24, 2013 be continued without date in light of the proposed mediation in this matter.

_____
JAMES R. CARTER, ESQ. (#03930)
PORTEOUS, HAINKEL & JOHNSON, L.L.P.
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone No.: (504) 581-3838
Attorney for defendants,
DONNA CUMMINS AND STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

8416232/207

1

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above pleading has been served upon counsel for all parties by placing same in the United States mail, postage prepaid and properly addressed, this the **3rd day of APRIL, 2013.**

_____
JAMES R. CARTER, ESQ. (#03930)

8416232/207

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 12-4767          DIVISION: "F"          SECTION:

NYRON JONES

**versus**

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
DONNA CUMMINS AND JOSEPH CUMMINS

FILED: _____        _____
                                              DEPUTY CLERK

O R D E R

IT IS HEREBY ORDERED that the trial of the above referenced matter currently set as a three day jury trial starting on April 22, 2013 is hereby continued, without date.

NEW ORLEANS, LOUISIANA, THIS _____ DAY OF _____, 2013.

_____
J U D G E

PLEASE MAIL NOTICE OF THIS ORDER TO ALL COUNSEL:

1.  Plaintiff,
    **NYRON JONES**
    Through his Attorney of Record,
    **Scott P. Griffin, Esq.**
    3501 Canal Street
    New Orleans, LA 70119]

2.  Defendants,
    **DONNA CUMMINS AND STATE FARM MUTUAL AUTOMOBILE
    INSURANCE COMPANY**
    Through their Attorney of Record,
    **James R. Carter, Esq.**
    704 Carondelet Street
    New Orleans, Louisiana 70130-3774

8416232/207

1