# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| ACADIAN CONTRACTORS, INC. | : | CIV. ACTION NO. 13-0413 |
|---|---|---|
| VS. | : | JUDGE RICHARD T. HAIK, SR. |
| LEXINGTON INSURANCE CO. *ET AL.* | : | MAG. JUDGE PATRICK J. HANNA |

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes Acadian Contractors, Inc. ("Acadian"), who moves this Honorable Court to remand this matter to the 15th Judicial District Court in and for Vermilion Parish, Louisiana, because this Court lacks subject matter jurisdiction over Acadian's claims. For this reason, as further explained in the Memorandum in Support of Motion to Remand filed herewith, this Honorable Court should remand this matter to state court.

WHEREFORE, Acadian prays that there be judgment herein granting its Motion to Remand and remanding this matter to state court.

By Attorneys,

**OTTINGER HEBERT, L.L.C.**

/s/ Benjamin D. Jones
Paul J. Hebert
Bar Roll No. 6738
William H. L. Kaufman
Bar Roll No. 29929
Benjamin D. Jones
Bar Roll No. 33910
P. O. Drawer 52606

        1313 W. Pinhook Road (70503)
        Lafayette, Louisiana  70505-2606
        (337) 232-2606 Telephone
        (337) 232-9867 Facsimile

        *Attorneys for Acadian Contractors, Inc.*

## CERTIFICATE

I HEREBY CERTIFY that on the 5th day of April, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and a copy of the foregoing pleading has been electronically mailed to all attorneys of record.

/s/ Benjamin D. Jones